**PRYOR CASHMAN LLP**

New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569  Tel: 212-421-4100  Fax: 212-326-0806  www.pryorcashman.com

Dyan Finguerra-DuCharme
Partner
Direct Tel: 212-326-0443
dfinguerra-ducharme@pryorcashman.com

January 21, 2025

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

> Request GRANTED. The Initial Pretrial Conference currently scheduled for January 23, 2025, at 11:00 a.m., shall be adjourned to February 4, 2025, at 12:00 p.m.
>
> SO ORDERED.
>
> Dated: January 22, 2025
> New York, New York
>
> _/s/ Jennifer Rochon_
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re: *Jackson, et al. v. Agadjani, et al.*, 1:24-cv-07700-JLR: <u>Defendants' Letter Motion to Adjourn the Initial Pretrial Conference</u>

Dear Judge Rochon:

We represent Defendants Maksud Agadjani, Yashu Sean Kumar, Melisa Kulla, Ivan Gonzalez and TraxNYC Corp. (collectively, "Defendants") in the above-referenced action.

We write pursuant to Your Honor's Individual Rule 1(F), to request an adjournment of the Initial Pretrial Conference (the "Conference"), currently scheduled for January 23, 2025. Unfortunately, I have a funeral to attend in Boston on January 23. Plaintiffs have consented to such adjournment. The parties have identified the following dates as mutually agreeable alternatives: January 28, 2025; February 4, 2025; and February 5, 2025. No previous adjournment of the Conference has been requested.

We thank the Court for its consideration.

Respectfully submitted,

Dyan Finguerra-DuCharme