# BLANKROME

1271 Avenue of the Americas | New York, NY 10020
blankrome.com

Phone:  (212) 885-5381
Fax:    (212) 656-1549
Email:  reena.jain@blankrome.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/25
```

**MEMO ENDORSED**

March 4, 2025

**Via ECF**

The Honorable Barbara C. Moses
U.S. District Court Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Jackson et al. v. Agadjani et al.*, No. 24-cv-7700-JLR

Dear Judge Moses:

We represent Plaintiffs Curtis J. Jackson, III and NYC Vibe, LLC, and write jointly on behalf of all parties in the above-referenced action to respectfully request that the Court cancel the settlement conference currently scheduled for March 13, 2025.

Since the Initial Pretrial Conference before Judge Rochon on February 4, 2025, the parties have continued to engage in settlement discussions and have made progress. Given the nature of the conversations that have taken place to date, the parties do not believe a court-facilitated settlement conference is necessary at this time. In the interest of avoiding an unnecessary expenditure of judicial and litigant resources, the parties respectfully request that the Court cancel the upcoming settlement conference.

We will contact Your Honor and Judge Rochon if we determine that a judicially supervised settlement conference would be productive in the future.

Thank you for your consideration.

Respectfully submitted,

/s/ Reena Jain

Reena Jain

---

Application GRANTED. The status conference previously scheduled for March 13, 2025 is hereby ADJOURNED sine die. SO ORDERED.

*[signature]*

Barbara Moses
United States Magistrate Judge
March 4, 2025